| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*:<br>**Glynn Law Group**<br>**10200 Willow Creek Rd Suite 170**<br>**San Diego, CA 92131**<br>TELEPHONE NO.: 858-271-1100    FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: LISA NAPOLEON | FOR COURT USE ONLY |
|---|---|
| **United States District Court, Southern District of California**<br>STREET ADDRESS: 333 West Broadway<br>MAILING ADDRESS: 333 West Broadway<br>CITY AND ZIP CODE: San Diego 92101<br>BRANCH NAME: United States Courthouse Annex | |
| PLAINTIFF/PETITIONER: LISA NAPOLEON | CASE NUMBER:<br>**15CV0293-BAS-WVG** |
| DEFENDANT/RESPONDENT: ANTHEM, INC.; THE ANTHEM COMPANIES, INC. | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>**NAPOLEON v. ANTHEM, INC.** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents)*:
   **SUMMONS; CLASS ACTION COMPLAINT**

   BY FAX

3. a. Party served *(specify name of party as shown on documents served)*:
      **ANTHEM, INC., DBA ANTHEM HEALTH, INC.**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a )*:
      **Vivian Imperial, PROCESS SPECIALIST, PERSON AUTHORIZED TO ACCEPT, who accepted service, with identity confirmed by verbal communication, an Asian female approx. 35-45 years of age, 5'-5'4" tall, weighing 120-140 lbs with brown hair.**

4. Address where the party was served:
   **CT CORPORATION SYSTEM, 818 W SEVENTH ST, SUITE 200, LOS ANGELES, CA 90017**

5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **02/20/2015** at *(time)*: **2:40 PM**

   b. [ ] **by substituted service.** On *(date)*:           at *(time)*:           I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:           from *(city)*:           or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Adopted for Mandatory Use
Judicial Council of California POS-
010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
Tracking #: **0006142321**


REF: NAPOLEON v. ANTHEM, INC.

| PLAINTIFF/PETITIONER: LISA NAPOLEON | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: ANTHEM, INC.; THE ANTHEM COMPANIES, INC. | 15CV0293-BAS-WVG |

- c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:                                  (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

- d. ☐ **by other means** *(specify means of service and authorizing code section)*:

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

    a. ☐ as an individual defendant.

    b. ☐ as the person sued under the fictitious name of *(specify)*:

    c. ☐ as occupant.

    d. ☒ On behalf of *(specify)* Anthem, Inc., DBA Anthem Health, Inc.

    under the following Code of Civil Procedure section:

    ☒ 416.10 (corporation)                ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)        ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)              ☐ 415.46 (occupant)
                                          ☐ other:

7. **Person who served papers**

    a. Name: **Mario Lopez**
    b. Address: **201 South Figueroa Street, Suite 100, Los Angeles, CA 90012**
    c. Telephone number: **213-621-9999**
    d. The fee for service was: **$ 99.50**
    e. I am:

        (1) ☐ not a registered California process server.
        (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
        (3) ☒ registered California process server:

            (i) ☐ owner  ☐ employee  ☒ independent contractor.  For:  **ABC Legal Services, Inc.**
            (ii) ☒ Registration No.: **5986**          Registration #: **6779**
            (iii) ☒ County: **Los Angeles**             County: **Los Angeles**

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 2-20-15

_____
**Mario Lopez**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)

BY FAX