| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| **Glynn Law Group**<br>**10200 Willow Creek Rd Suite 170**<br>**San Diego, CA 92131**<br>    TELEPHONE NO.: **858-271-1100**    FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* **LISA NAPOLEON** | |

| **United States District Court, Southern District of California** |
|---|
| STREET ADDRESS: **333 West Broadway** |
| MAILING ADDRESS: **333 West Broadway** |
| CITY AND ZIP CODE: **San Diego 92101** |
| BRANCH NAME: **United States Courthouse Annex** |

| PLAINTIFF/PETITIONER: LISA NAPOLEON | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: ANTHEM, INC.; THE ANTHEM COMPANIES, INC. | **15CV0293-BAS-WVG** |

| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>**NAPOLEON v. ANTHEM COMPANIES** |
|---|---|

**BY FAX**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents):*
   **SUMMONS; CLASS ACTION COMPLAINT**

3. a. Party served *(specify name of party as shown on documents served):*
      **THE ANTHEM COMPANIES, INC.**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a ):*
      **Vivian Imperial, PROCESS SPECIALIST, PERSON AUTHORIZED TO ACCEPT, who accepted service, with identity confirmed by verbal communication, an Asian female approx. 35-45 years of age, 5'-5'4" tall, weighing 120-140 lbs with brown hair.**

4. Address where the party was served:
   **CT CORPORATION SYSTEM, 818 W SEVENTH ST, SUITE 200, LOS ANGELES, CA 90017**

5. I served the party *(check proper box)*

   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **02/20/2015** at *(time):* **2:41 PM**

   b. [ ] **by substituted service.** On *(date):*    at *(time):*    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*<br>from *(city):*    **or** [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Adopted for Mandatory Use<br>Judicial Council of California POS-<br>010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10<br>Tracking #: **0006142334**

REF: NAPOLEON v. ANTHEM COMPANIES

| PLAINTIFF/PETITIONER: LISA NAPOLEON | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: ANTHEM, INC.; THE ANTHEM COMPANIES, INC. | 15CV0293-BAS-WVG |

c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:          (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify)*:

c. ☐ as occupant.

d. ☒ On behalf of *(specify)*: *The Anthem Companies, Inc.*

    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☒ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**

a. Name: **Mario Lopez**
b. Address: **201 South Figueroa Street, Suite 100, Los Angeles, CA 90012**
c. Telephone number: **213-621-9999**
d. The fee for service was: **$ 99.50**
e. I am:

    (1) ☐ not a registered California process server.

    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

    (3) ☒ registered California process server:

        (i) ☐ owner ☐ employee ☒ independent contractor.   For:   **ABC Legal Services, Inc.**

        (ii) ☒ Registration No.: **5986**       Registration #: **6779**

        (iii) ☒ County: **Los Angeles**       County: **Los Angeles**

**BY FAX**

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: *2-20-15*

    **Mario Lopez**                  (SIGNATURE)
    (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)